1

2

3

FILED

12 SEP 26  PM 3: 47

CLERK. U.S. ... COURT
SOUTHERN D..... CALIFORN..

4

5                                         BY: M            DEPUT

6

7

8

9

10                 UNITED STATES DISTRICT COURT

11               SOUTHERN DISTRICT OF CALIFORNIA

12

13   LORINDA W. WILLIAMS,                CASE NO. 11-CV-1141 W (NLS)

14                         Plaintiff,    ORDER (1) ADOPTING REPORT
                                         AND RECOMMENDATION
15        v.                             [DOC. 16], (2) DENYING
                                         PLAINTIFF'S SUMMARY-
16                                       JUDGMENT MOTION [DOC. 10],
17                                       (3) GRANTING DEFENDANT'S
18   MICHAEL J. ASTRUE,                  SUMMARY-JUDGMENT MOTION
     Commissioner of the Social Security [DOC. 14], AND (4) REMANDING
19   Administration,                     CASE

20                         Defendant.

21

22        On May 25, 2011, Plaintiff Lorinda W. Williams filed this lawsuit seeking judicial

23   review of the Social Security Commissioner's final decision denying her claim for social

24   security disability insurance benefits, and supplemental security income benefits.  The

25   matter was referred to the Honorable Nita L. Stormes, United States Magistrate Judge,

26   for a report and recommendation under 28 U.S.C. § 636(b)(1)(B).  Thereafter, the

27   parties filed cross-motions for summary judgment.

28

11cv1141w

1    On January 24, 2012, Judge Stormes issued a Report and Recommendation

2 ("Report"), recommending that the Court deny Plaintiff's summary-judgment motion,

3 and grant Defendant's summary-judgment motion. (*See Report* [Doc. 16], 9:2–5.) The

4 Report also ordered that any objections were to be filed by February 14, 2012, and any

5 reply filed by February 21, 2012. (*Id.* at 9:6–10.) To date, no objection has been filed,

6 nor has there been a request for additional time in which to file an objection.

7    A district court's duties concerning a magistrate judge's report and

8 recommendation and a respondent's objections thereto are set forth in Rule 72(b) of

9 the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections

10 are filed, the district court is not required to review the magistrate judge's report and

11 recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.

12 2003) (holding that 28 U.S.C. 636(b)(1)(c) "makes it clear that the district judge must

13 review the magistrate judge's findings and recommendations de novo *if objection is made,*

14 but not otherwise") (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,

15 1226 (D. Arizona 2003) (concluding that where no objections were filed, the District

16 Court had no obligation to review the magistrate judge's Report). This rule of law is

17 well established within the Ninth Circuit and this district. See Wang v. Masaitis, 416

18 F.3d 992, 1000 n. 13 (9th Cir. 2005) ("Of course, de novo review of a R & R is *only*

19 required when an objection is made to the R & R.") (emphasis added) (citing Renya-

20 Tapia, 328 F.3d 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005)

21 (Lorenz, J.) (adopted Report without review because neither party filed objections to

22 the Report despite the opportunity to do so, "accordingly, the Court will adopt the

23 Report and Recommendation in its entirety."); see also Nichols v. Logan, 355 F. Supp.

24 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

25    The Court, therefore, accepts Judge Stormes' recommendation, and **ADOPTS**

26 the Report [Doc. 16] in its entirety. For the reasons stated in the Report, which is

27 incorporated herein by reference, the Court **DENIES** Plaintiff's summary-judgment

28

11cv1141w

1   motion [Doc. 10], and **GRANTS** Defendant's summary-judgment motion [Doc. 14].

2   The Clerk of the Court shall close the district court case file.

3

4   **IT IS SO ORDERED.**

5   DATE: September 26, 2012

6                                          HON. THOMAS J. WHELAN
                                           United States District Court
7                                          Southern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11cv1141w